IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS LONGBINE and
BRENDA LONGBINE,

Plaintiffs,

v.

PJ CORPORATION of TENNESSEE,
VANTAGE HOSPITALITY GROUP, INC.,
and NJ DAYA FAMILY, LLC.,

Defendants.                                             No. 10-0994-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation for dismissal (Doc. 66). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action with each party bearing their own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 8th day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.08
17:30:53 -05'00'

Chief Judge
United States District Court