IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS LONGBINE and
BRENDA LONGBINE,

Plaintiffs,

v.

PJ CORPORATION of TENNESSEE,
VANTAGE HOSPITALITY GROUP, INC.,
and NJ DAYA FAMILY, LLC.,

Defendants.                                    No. 10-CV 0994-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on stipulation for dismissal of the case.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 9, 2012, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sandy Pannier*
          Deputy Clerk

Dated: August 9, 2012

Digitally signed by
David R. Herndon
Date: 2012.08.09
16:52:04 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT